# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARI WEITZNER and ARI WEITZNER, M.D., P.C., Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>SANOFI PASTEUR, INC. formerly known as AVENTIS PASTEUR INC., and VAXSERVE, INC., formerly known as VACCESS AMERICA INC.<br><br>    Defendants. | CIVIL ACTION NO. 3:11-cv-2198<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 14th day of May, 2012, **IT IS HEREBY ORDERED** that Defendants' Motion For Abstention, or, in the Alternative, to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), or, in the Alternative, to Stay Proceedings (Doc. 20) is **DENIED**.

                                          /s/ A. Richard Caputo
                                          A. Richard Caputo
                                          United States District Judge