**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARI WEITZNER and ARI WEITZNER, M.D., P.C., Individually and on Behalf of All Others Similarly Situated, | CIVIL ACTION NO. 3:11-cv-2198 |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | |
| SANOFI PASTEUR, INC. formerly known as AVENTIS PASTEUR INC., and VAXSERVE, INC., formerly known as VACCESS AMERICA INC. | |
| Defendants. | |

## ORDER

**NOW**, this 5th day of May, 2014, **IT IS HEREBY ORDERED** that:

1.  Defendants' Motion to Certify for Immediate Interlocutory Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. § 1292(b) this Honorable Court's March 12, 2014 Order Denying Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(2) and Motion for Stay of Proceedings (Doc 69) is **GRANTED**.

2.  The Court's Opinion and Order (Docs. 67; 68), dated March 12, 2014, is **AMENDED** by adding the following final paragraph:

    > This Order involves controlling questions of law as to which there is substantial ground for difference of opinion and an immediate appeal from this Order may materially advance the ultimate termination of the litigation. Accordingly, this Order is certified for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

3.  This matter is **STAYED** pending appeal.

/s/ A. Richard Caputo

A. Richard Caputo
United States District Judge