UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
May 29, 2014
DCO-086

No. 14-8073

SANOFI PASTEUR, INC. formerly known as Aventis Pasteur Inc.;
VAXSERVE, INC.; formerly known as Vaccess America, Inc.

Petitioner

v.

ARI WEITZNER; ARI WEITZNER, M.D., P.C.,
Individually and on Behalf of All Others Similarly Situated

(M.D. Pa. No. 3-11-cv-02198)

Present: SMITH, HARDIMAN and NYGAARD, Circuit Judges

1. Petition for Permission to Appeal under 28 U.S.C. Section 1292(b) filed by
   Petitioners Sanofi Pasteur, Inc. and Vaxserve, Inc.;

2. Response by Respondent Ari Weitzner in Opposition.

Respectfully,
Clerk/tmm

_____ORDER_____
The foregoing Petition is GRANTED.


By the Court,

s/ Thomas M. Hardiman
Circuit Judge

Dated: July 17, 2014
tmm/cc: Carl J. Greco, Esq.
Todd C. Bank, Esq.
P. Timothy Kelly, Esq.
Daniel A. Osborn, Esq.

A True Copy:

Marcia M. Waldron

Marcia M. Waldron, Clerk

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**



### UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

July 17, 2014

TELEPHONE
215-597-2995

Maria E. Elkins
United States District Court for the Middle District of Pennsylvania
William J. Nealon Federal Building & United States Courthouse
235 North Washington Avenue
ScrantonPA18503

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## NOTICE

## GRANT OF PERMISSION FOR LEAVE TO APPEAL

The Court of Appeals has granted a petition for leave to appeal in this matter.

The $505.00 docketing and filing fee must be paid in the district court within 14 days after the entry of the order granting permission for leave to appeal, unless the petitioner is the United States government. Fed. R. App. P. 5. In addition, a cost bond must be filed if one is required under Fed. R. App. P. 7.

A notice of appeal does not need to be filed as a copy of the Court's order granting permission for leave to appeal which has been forwarded to the district court will serve as the notice of appeal.

The entry date of the order granting permission to appeal serves as the date of the filing of the notice of appeal for calculating time under the Federal Rules of Appellate Procedure. **Petitioner should notify the Court of Appeals in writing that the filing fee has been paid.**

Upon receipt of the notice from petitioner, the appeal will be opened on the general docket. All future filings regarding the appeal will be entered under the new docket number.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: *Timothy McIntyre*
Timothy McIntyre, Case Manager
267-299-4953

cc: Todd C. Bank Esq.
Carl J. Greco Esq.
P. Timothy Kelly Esq.
Daniel A. Osborn Esq.