UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 14-3423
_____

ARI WEITZNER; ARI WEITZNER, M.D., P.C.,
Individually and on Behalf
of All Others Similarly Situated

v.

SANOFI PASTEUR, INC.; VAXSERVE, INC.,
formerly known as Vaccess America, Inc.,
                                                Appellants

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil No. 3-11-cv-02198)
District Judge: Honorable A. Richard Caputo
_____

ARGUED: March 4, 2015

Before:  SHWARTZ, SCIRICA, and ROTH, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was argued on March 4, 2015.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered May 5, 2014, be, and the same is hereby affirmed. Costs taxed against appellants. All of the above in accordance with the opinion of this Court.

                              ATTEST:

                              s/Marcia M. Waldron
                              Clerk

DATED: April 6, 2016