**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARI WEITZNER and ARI WEITZNER, M.D., P.C., Individually and on Behalf of All Others Similarly Situated, | CIVIL ACTION NO. 3:11-CV-02198 |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | |
| SANOFI PASTEUR, INC., formerly known as AVENTIS PASTUER, INC., and, VAXSERVE, INC., formerly known as VACCESS AMERICAN, INC., | |
| Defendants. | |

## ORDER

**NOW**, this 6th day of September, 2017, **IT IS HEREBY ORDERED** that:

(1)   Defendants' Motion to Strike the November 26, 2016 Declaration of Ari Weitzner, M.D. (Doc. 143) is **DENIED**.

(2)   Defendants' Motion to Strike Plaintiffs' Answer to Defendants' Statement of Facts (Doc. 145) is **GRANTED** in part and **DENIED** in part.

(3)   Defendants' Motion for Summary Judgment is **GRANTED**.

(4)   Plaintiffs' Motion for Class Certification is **DENIED** as moot.

(5)   Judgment is **ENTERED** in favor of Defendants and against Plaintiffs.

(6)   The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge