UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARI WEITZNER and ARI WEITZNER, M.D., P.C., Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>SANOFI PASTEUR, INC., formerly known as AVENTIS PASTEUR INC., and VAXSERVE, INC., formerly known as VACCESS AMERICA, INC.,<br><br>*Defendants.* | 3:11-cv-02198-ARC<br><br>**NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE**, that Plaintiffs, Ari Weitzner and Ari Weitzner, M.D., P.C., hereby appeal the following to the United States Court of Appeals for the Third Circuit: each and every part of the Memorandum (Doc. No. 160) and Order (Doc. No. 161) of this Court, each dated and entered with the clerk on September 6, 2017.

Dated: October 3, 2017

| | | |
|---|---|---|
| **s/ *P. Timothy Kelly*** <br> P. Timothy Kelly <br> Penn. Bar ID 36843 <br> NEEDLE LAW P.C. <br> 240 Penn Avenue <br> Suite 202 <br> Scranton, PA 18503 <br> Tel.: (570) 344-1266 <br> Fax: (570) 344-1415 <br> tim@needlelawfirm.com | Todd C. Bank <br> N.Y. Bar ID 2789527 <br> (admitted *pro hac vice*) <br> TODD C. BANK, <br>  ATTORNEY AT LAW, P.C. <br> 119-40 Union Turnpike <br> Fourth Floor <br> Kew Gardens, NY 11415 <br> Tel.: (718) 520-7125 <br> Fax: (856) 997-9193 <br> tbank@toddbanklaw.com | Daniel A. Osborn <br> N.Y. Bar ID 2429611 <br> (admitted *pro hac vice*) <br> OSBORN LAW PC <br> 43 West 43rd Street <br> Suite 131 <br> New York, NY 10036 <br> Tel.: (212) 725-9800 <br> Fax: (212) 725-9808 <br> dosborn@osbornlawpc.com |

*Counsel to Plaintiffs*

TO:   GRECO LAW ASSOCIATES P.C.
        327 N. Washington Avenue
        4th Floor - Professional Arts Building
        Scranton, PA 18503
        (570) 346-4434

*Counsel to Defendants*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARI WEITZNER and ARI WEITZNER, M.D., P.C., Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANOFI PASTEUR, INC., formerly known as AVENTIS PASTEUR INC., and VAXSERVE, INC., formerly known as VACCESS AMERICA, INC.,<br><br>*Defendants*. | 3:11-cv-02198-ARC<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on October 3, 2017, a true and accurate copy of the foregoing was filed electronically via the Court's electronic-filing (ECF) system. Notice of this filing will be sent to all parties by operation of the Court's ECF system and copies will be mailed to those parties, if any, by certified mail who are not served via the Court's ECF system.

Dated: October 3, 2017

                    *s/ Todd C. Bank*
                    Todd C. Bank