UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-3188
_____

ARI WEITZNER;
ARI WEITZNER MD PC, Individually and on behalf
of all others similarly situated,
Appellants

v.

SANOFI PASTEUR INC, formerly known as Aventis Pasteur Inc.;
VAXSERVE INC, formerly known as Vaccess America, Inc.
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
District Court No. 3-11-cv-02198
District Judge: The Honorable A. Richard Caputo
_____

Argued September 27, 2018

Before: SMITH, *Chief Judge,* McKEE, and RESTREPO, *Circuit Judges*

_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was argued on September 27, 2018.  On consideration whereof, it is now hereby ADJUDGED

and ORDERED that the judgment of the District Court entered September 6, 2017, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court. Costs taxed to Appellants.

Attest:

s/ Patricia S. Dodszuweit

Clerk

DATED: November 27, 2018

Certified as a true copy and issued in lieu of a formal mandate on January 10, 2019

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**