IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARI WEITZNER, M.D., ET AL | : |
| Plaintiffs | : CIVIL NO. 3:11-CV-2198 |
| v. | : (Judge Caputo) |
| SANOFI PASTEUR INC., ET AL | : |
| Defendants | : |

# JUDGMENT

Pursuant to Federal Rule of Civil Procedure 54(d)(1), judgment is entered against the plaintiffs and in favor of defendants in the amount of $1,678.35.

ATTEST:

s/ Peter Welsh
PETER WELSH, Acting Clerk

DATE: February 15, 2019

1